IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX S. CORDOBA, | No. CIV S-08-1079-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On May 23, 2008, the court granted plaintiff's motion for leave to proceed in forma pauperis.  That order required plaintiff to submit to the U.S. Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted.  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

/ / /

1    As of June 19, 2008, plaintiff had not complied and the court directed plaintiff to
2 show cause why this action should not be dismissed.  Plaintiff was advised that the filing of a
3 notice, within the time provided herein, that plaintiff has submitted the appropriate documents to
4 the U.S. Marshal will constitute an adequate response to this order to show cause.  On June 20,
5 2008, plaintiff filed the required notice of submission of documents to the U.S. Marshal.  The
6 order to show cause is, therefore, discharged.
7    IT IS SO ORDERED.
8
9  DATED: June 25, 2008
10
                                                   _____
11                                                 **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26