1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California  94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Jacqueline.A.Forslund@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                          **SACRAMENTO DIVISION**
12

13 FELIX S. CORDOBA,                )
                                    )    CIVIL NO. 2:08-CV-1079-CMK
14        Plaintiff,                )
                                    )
15        v.                        )    STIPULATION AND ORDER OF
                                    )    VOLUNTARY REMAND AND DISMISSAL
16 MICHAEL J. ASTRUE,               )    OF CASE, WITH DIRECTIONS TO CLERK
   Commissioner of the              )    TO ENTER JUDGMENT
17 Social Security Administration,  )
                                    )
18        Defendant.                )
   _____ )

19

20     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

21 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

22 case pursuant to sentence four of 42 U.S.C. § 405(g).

23     Upon remand, the Administrative Law Judge will be directed to: (1) evaluate the testimony of the

24 lay witnesses in accordance with the district court's prior order of remand and SSR 96-7p; (2) further

25 address the opinion of claimant's treating psychiatrist, George Heitzman, M.D., and, if such opinion is

26 rejected, provide specific and legitimate reasons for doing so; and (3) if Dr. Heitzman's opinion is

27 credited, re-evaluate the claimant's maximum residual functional capacity with the additional limitations

28 specified by Dr. Heitzman.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: December 17, 2008

*/s/ John V. Johnson*
(As authorized via e-mail)
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: December 18, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: December 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE